Argued and submitted July 31, affirmed August 30, 2000

STATE OF OREGON,
*Respondent,*

*v.*

JERABIE LEE TREVITTS,
*Appellant.*

(C980534311; CA A104795)

9 P3d 726

Steven B. Humber, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Wollheim, Judge, and Warren, Senior Judge.

PER CURIAM

Affirmed. *State v. Horsley,* 169 Or App 438, 8 P3d 1021 (2000); *State v. Hutchison,* 169 Or App 264, 9 P3d 722 (2000).